Ross Eisenberg, Esq.
Attorney ID #: 907702012
**ROSS EISENBERG LAW PLLC**
445 Central Ave. Suite 112
Cedarhurst N.Y. 11516
(516) 828-5122
*ATTORNEY FOR PLANET HOME LENDING LLC*
*Servicer for PALM AVENUE HIALEAH*
*TRUST, A DELAWARE STATUTORY TRUST, FOR*
*AND ON BEHALF AND SOLELY WITH RESPECT TO*
*SERIES 2014-1*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

|  |  |
|---|---|
| In Re: | Case No.: 22-10834-SLM |
| PENELOPE WISE | Chapter: 13 |
| Debtor. | |

## OBJECTION TO CONFIRMATION OF THE MODIFIED PLAN

Claimant, Planet Home Lending LLC as servicer and attorney in fact for Palm Avenue

Hialeah Trust, a Delaware Statutory Trust for and on behalf and solely with respect to Palm

Avenue Hialeah Trust Series 2014-1("Claimant"), by and through its counsel, ROSS EISENBERG

LAW PLLC, hereby objects to the Debtor's Modified Chapter 13 Plan (the "Plan"), as follows:

1.      The Debtor, Penelope Wise ("Debtor"), filed a voluntary Chapter 13 petition

pursuant to the United States Bankruptcy Code in this Court on February 1, 2022.

2.       Claimant holds a secured claim against the Debtor's property, located at 12

Westminster Place Morristown, New Jersey 07960 (the "Subject Property").

3.      Claimant filed a Proof of Claim ("POC") with pre-petition arrears in the amount of

$450,168.33 [Claim 3].

4.      A review of the Modified Plan shows that the Plan provides for the Subject Property

to be sold by December 31, 2022 and the Claimant's claim to be satisfied.

5.      Claimant objects to Debtor's Modified Plan because the prior plan which provided for the sale of the property by August 30, 2022 was not complied with. The Modified Plan was filed on August 29, 2022. Further, as of the date of this objection, the subject property is only purportedly being listed for sale with a listing agreement commencing on September 20, 2022.

6.      Accordingly, the debtor does not appear to be sincere in her desire to sell the subject property and follow through with her stated Modified Plan.

7.      Therefore, the Modified Plan is not in compliance under Bankruptcy Code §§ 1322(b)(3) and 1325(a)(5), and cannot be confirmed.

8.      It is in the Debtor's interest as well as her obligation to pay the full amount of the arrearage through the Modified Plan to avoid a foreclosure for these amounts.

9.      Claimant reserves its right to supplement or amend this Objection to Confirmation of the Modified Plan.

10.     As a result of the necessity of preparing and filing this Objection to Confirmation of the Modified Plan, Claimant has incurred additional attorneys' fees.

WHEREFORE, Claimant, Planet Home Lending LLC, servicer and attorney in fact for Palm Avenue Hialeah Trust, a Delaware Statutory Trust, For And On Behalf And Solely With Respect To Series 2014-1 respectfully requests this Court deny confirmation of the Debtors' proposed Chapter 13 Plan and grant such additional relief as the Court deems just and proper.

Dated: September 21, 2022

Respectfully submitted,

**ROSS EISENBERG LAW PLLC**

*/s/ Ross Eisenberg_____*
Ross Eisenberg, Esq.
445 Central Ave. Suite 112
Cedarhurst N.Y. 11516
Ph:(516) 828-5122
E-mail: Ross@eisenberglawpllc.com